**FILED**
CLERK, U.S. DISTRICT COURT
3/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MATTHEW CABRERA,<br>　aka "Bam Bam," and<br>JULIE OLIVEIRA,<br><br>　　　　Defendants. | CR 2:22-cr-00088-FMO<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.　OBJECTS OF THE CONSPIRACY

　　Beginning on a date unknown to the Grand Jury, and continuing through on or about April 2, 2019, in Santa Barbara County, within the Central District of California, and elsewhere, defendants MATTHEW CABRERA, also known as "Bam Bam," and JULIE OLIVEIRA conspired with each other and others known and unknown to the Grand Jury to knowingly and intentionally distribute, and possess with intent to

distribute, at least 50 grams of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

B.    MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.    Defendant CABRERA would arrange to sell methamphetamine to drug customers.

2.    Defendant OLIVEIRA would package and distribute methamphetamine to drug customers.

3.    Defendant OLIVEIRA would collect payment for the methamphetamine from drug customers.

C.    OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants CABRERA and OLIVEIRA, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, including, but not limited to, the following:

Overt Act No. 1:   On April 2, 2019, defendant CABRERA communicated by text message with a person he believed was a drug customer, but who was, in fact, a confidential source working with law enforcement (the "CS"), and agreed to sell the CS one half-pound of methamphetamine for $1,850.

Overt Act No. 2:   On April 2, 2019, defendant CABRERA sent the CS a text message directing the CS to go to defendant CABRERA's house in Santa Maria, California, and to say that the CS was there to pick up the methamphetamine.

Overt Act No. 3:   On April 2, 2019, defendant CABRERA sent a text message to the CS stating that "She's at the pad waiting for

you," referring to the fact that defendant OLIVEIRA was waiting to provide the half-pound of methamphetamine to the CS.

<u>Overt Act No. 4</u>:   On April 2, 2019, defendant OLIVEIRA met with the CS at defendant CABRERA's house to sell the CS a half-pound of methamphetamine, as previously arranged by defendant CABRERA.

<u>Overt Act No. 5</u>:   On April 2, 2019, at defendant CABRERA's residence, defendant OLIVEIRA placed methamphetamine in a plastic bag and weighed it for the CS on a scale.

<u>Overt Act No. 6</u>:   On April 2, 2019, at defendant CABRERA's residence, defendant OLIVEIRA provided the CS with approximately 224 grams of methamphetamine in exchange for $1,850.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about April 2, 2019, in Santa Barbara County, within the Central District of California, defendants MATTHEW CABRERA, also known as "Bam Bam," and JULIE OLIVEIRA, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 224 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT CABRERA]

On or about March 26, 2019, in Santa Barbara County, within the Central District of California, defendant MATTHEW CABRERA, also known as "Bam Bam," knowingly and intentionally distributed at least 50 grams, that is, approximately 56.5 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

*Christina Shzy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Deputy Chief, Violent and
Organized Crime Section

KEVIN B. REIDY
Assistant United States Attorney
Violent and Organized Crime
Section